UNITED STATES of America,
Plaintiff—Appellee,

v.

Alani Olusegun ARAWOLE,
Defendant—Appellant.

No. 03–7584.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 27, 2004.

Decided March 31, 2004.

Alani Olusegun Arawole, Appellant pro se.

Angela R. White, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before LUTTIG, TRAXLER, and KING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Alani Olusegun Arawole, a federal prisoner, seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2255 (2000). An appeal may not be taken from the final order in a § 2255 proceeding unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue for claims addressed by a district court absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find both that the district court's resolution of his constitutional claims is debatable or wrong and that any dispositive procedural rulings by the district court are also debatable or wrong. See *Miller–El v. Cockrell,* 537 U.S. 322, 338, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003); *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d 676, 684 (4th Cir.2001). We have independently reviewed the record and conclude that Arawole has not made the requisite showing. Accordingly, we grant the motion to file an amended informal brief, deny a certificate of appealability, and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*